WEST INDIA MACHINERY & SUPPLY COMPANY, demandante y apelante, *v.* MANUEL V. DOMENECH, TESORERO DE PUERTO RICO, demandado y apelado.

No. 6237.—*Sometido:* Enero 26, 1934. *Resuelto:* Enero 31, 1934.

*R. Díaz Collazo,* abogado del apelante; *Hon. Procurador General B. Horton* y *M. Rodríguez Serra, Procurador General Auxiliar,* abogados del apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

La West India Machinery & Supply Company inició este procedimiento para recobrar ciertas contribuciones pagadas bajo protesta sobre un número de tractores usados para fines

agrícolas.    El demandado excepcionó por falta de hechos suficientes para determinar una causa de acción.    El Juez de Distrito sostuvo la excepción y declaró sin lugar la demanda. La teoría de ésta, al igual que la contención principal del demandante ante la Corte de Distrito fué que tractores destinados y utilizados para fines agrícolas están exentos de contribuciones de conformidad con las disposiciones del inciso 8 de la sección 16 de la Ley de Rentas Internas, tal cual fué enmendada en 1931 (Leyes de ese año, páginas 507, 509) por la subdivisión 6 de dicha sección.    Sin embargo, la apelante parece haber abandonado esta posición insostenible y se conforma ahora con argüir que el Tesorero no podía de ningún modo exigir más del 10 por ciento del precio de venta.    La ley fija:

"Sobre todo vehículo de motor, incluyendo . . . tractores, . . . que se vendan, traspasen, fabriquen, usen o introduzcan en Puerto Rico, un impuesto de diez (10) por ciento sobre el precio de venta en Puerto Rico; *Disponiéndose,* que sobre la venta, traspaso, fabricación, uso o introducción en Puerto Rico de vehículos de motor o lanchas y botes de motor descritos en esta sección, cuyo precio de venta en Puerto Rico exceda de mil quinientos (1,500) dólares y no exceda de dos mil (2,000) dólares el impuesto será de doce y medio (12½) por ciento sobre el precio de venta, y sobre la venta, traspaso, fabricación, uso o introducción en Puerto Rico de vehículos de motor, automóviles y camiones descritos en esta sección, cuyo precio de venta en Puerto Rico excederá de dos mil (2,000) dólares, . . . el impuesto será de quince (15) por ciento sobre el precio de venta; . . ."

El mero hecho de que los tractores no son mencionados *eo nomine* en una u otra cláusula del *Disponiéndose* no es suficiente para establecer la exención de tractores agrícolas del aumento en exceso de 10 por ciento sobre vehículos de motor cuyo precio de venta exceda de $1,500.    No hay razón aparente por la cual tractores cuyo precio de venta exceda de $1,500 deban estar exentos del impuesto mayor aplicable a otros vehículos de motor cuyo precio de venta es igualmente superior a $1,500.    Los tractores están necesariamente

incluídos en la frase "vehículos de motor . . . descritos en esta sección," ya que ellos están así específicamente incluídos por la primera cláusula de la subdivisión 8 (que acabamos de copiar en parte) inmediatamente anterior al *Disponiéndose* en cuestión. En ninguna otra parte de la sección 16 se "describen" o definen vehículos de motor de manera tal que excluyan los tractores.

*Debe confirmarse la sentencia apelada.*